JOHN H. ROBERTS, PLAINTIFF IN ERROR, V. ADAMS COUNTY, DEFENDANT IN ERROR.

MAXWELL, CH. J.

The issues in this case are the same as in *Jackson Roberts v. Adams County*, just decided, and the same decision will be entered. The judgment of the district court is reversed and the cause remanded for further proceedings.

REVERSED AND REMANDED.

WOODWARD & STEARNS, PLAINTIFFS IN ERROR, V ADAMS COUNTY, DEFENDANT IN ERROR.

MAXWELL, CH. J.

The questions involved in this case are similar to those in the case of *Jackson Roberts v. Adams County*. It is therefore unnecessary to state our reasons for the decision. The judgment of the district court is reversed and the cause remanded for further proceedings.

REVERSED AND REMANDED.